IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHY JO VANHOOSEAR,<br><br>              Plaintiff,<br><br>    vs.<br><br>DR. KILOLO KIJAKAZI,<br><br>              Defendant. | **8:22CV150**<br><br>**ORDER** |

IT IS ORDERED:

1)     Plaintiff's motion, (Filing No. 19), is granted.

2)     Plaintiff's motion and brief seeking reversal of the decision of the social security administration shall be filed on or before October 14, 2022.

Dated this 13th day of September, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge