IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHY JO VANHOOSEAR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DR. KILOLO KIJAKAZI,<br><br>　　　　　Defendant. | 8:22CV150<br><br>ORDER |

Plaintiff Kathy Van Hoosear was ordered to send a signed version of her motion/brief for an order reversing the Commissioner's decision within 15 days of October 17. She has done so, and the motion/brief has been filed of record at Filing No. 26. Accordingly,

IT IS ORDERED:

1) The Clerk shall terminate the deadline for Plaintiff to return a signed version of her motion/brief.

2) Plaintiff's motion is deemed timely filed, as of October 27, 2022.

3) Defendant shall file its motion for an order affirming the Commissioner's decision, or granting other relief, together with a supporting brief in accordance with the procedure set out in General Order at Filing No. 4.

Dated this 31st day of October, 2022.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge